Form 270

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.:  17−10764

IN THE MATTER OF:
Evelyne Margaret Jenkins       xxx−xx−3100
aka Evelyne M. Jenkins
2722 Edenridge Drive
High Point, NC 27265

   Debtor(s)

## NOTICE OF FILINGS DUE

It appearing that a petition commencing a case under Title 11, United States Code was filed by or against the person named above on 7/6/17 , and Pursuant to Bankruptcy Rule 1007 and/or Bankruptcy Rule 3015, the following document(s) named below must be filed within **fourteen (14) days** from the date the petition was filed.

**Missing Documents(s):**
_____
Notice of Crd & Pro Pln due 07/20/2017

**Date: 7/7/17**                                                                                                        **OFFICE OF THE CLERK/ sad**